WILLIAM RICCARDI v. COUNTY OF ESSEX, PETER SHAPIRO.

May 24, 1988.

Petition for certification denied.

MELVIN KIMBLE v. GENE OSIAS.

May 24, 1988.

Petition for certification denied.

WESLEY K. BELL v. TOWNSHIP OF STAFFORD.

May 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD DAVIDSON.

May 27, 1988.

Petition for certification denied.   (See 225 *N.J.Super.* 1)

STATE OF NEW JERSEY v. KAREEM BROWN.

June 7, 1988.

Petition for certification denied.